

**SIGNED THIS 29th day of December, 2020**

*/s/ Rebecca B. Connelly*
Rebecca B. Connelly
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

IN RE:
**John H Poindexter, Jr.**                                                                   CHAPTER 13
SS # **XXX-XX-7303**                                                                         CASE NO. 18-61532

**AMENDED WAGE DEDUCTION ORDER
DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE**
*(Decrease or Suspend Plan Payments)*

\_\_\_\_\_   REDUCTION OF WAGE DEDUCTION

\_**X**\_   SUSPENSION OF WAGE DEDUCTION

The above-named debtor filed a Chapter 13 petition on August 3, 2018 hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

This Court last entered an Order on **February 5, 2020** requiring the debtor's employer to deduct from the debtor's(s)' wages **$347.81 weekly** to be paid to the Trustee pursuant to the debtor's Chapter 13 Plan.

WHERFORE, the debtor requests that the Order requiring wage deduction be amended immediately. The debtor understands that should its Order Resolving not be approved by this Court, the debtor will need to address any default in plan payments that may result from the reduction or suspension of their wage deduction through this Order.

**ORDERED**

That **Saunder Brother, Att: Amy Saunder, 2717 Tyebrook Hwy, Piney River, VA 22964,** employer of the debtor, is hereby directed to reduce or suspend the debtor's Chapter 13 Wage Deduction as follows:

\_\_\_\_\_   **REDUCE** the amount to be deducted from the debtor's pay on the FIRST PAY PERIOD following the date of this Order, by **WITHHOLDING AND PAYING** to the duly appointed Trustee, ***HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, Memphis, TN 38101-1961, (434) 817-9913***, the revised sum of _____ or

___X___ **SUSPEND** PAYMENTS AS SOON AS PRACTICABLE FOLLOWING RECEIPT OF THIS ORDER AND RESUMING SAID PAYMENT THE FIRST PAY PERIOD FOLLOWING **March 01, 2021** in the sum of $**695.62 bi-weekly**

It shall be the responsibility of the debtor, and not the Trustee, to insure that (i) this Wage Order is sent to the debtor's employer and implemented. The Trustee shall have no responsibility to (i) monitor or identify payments incorrectly made by the debtor's employer to the Trustee, or (ii) refund to the debtor any such incorrectly sent payments.

The employer is directed to withhold said sum from the debtor's wages, after deducting such amount as are necessary to pay federal and state income tax withholding, social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward said sum to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325(b).

Copies of this order are directed to be mailed to the debtor, to counsel for the debtor, to the Trustee, and to the debtor's employer.

**END OF ORDER**

Prepared by:
/s/ Stephen E. Dunn, Esq.
Attorney for the Debtor
Stephen E. Dunn, Esq., VSB No. 26355
Michelle J. Dunn, Esq., VSB No. 90687
Stephen E. Dunn, PLLC
201 Enterprise Dr., Suite A
Forest, Va. 24551
Phone: 434-385-4850
Email: stephen@stephendunn-pllc.com
      michelle@stephendunn-pllc.com

Seen:

/s/ Herbert L. Beskin
Herbert L. Beskin, Chapter 13 Trustee
VSB # 15050
P.O. Box 2103, Charlottesville VA 22902
Tel: (434) 817-9913, ext. 121
E-mail: hbeskin@cvillech13.net